# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FELICIA A. SCOTLAND,

        **Plaintiff,**

-vs-                              Case No. 6:09-cv-1709-Orl-28DAB

BAYVIEW LOAN SERVICING, LLC,
JOHN DOE #1 THROUGH JOHN DOE #10,

        **Defendants.**

___

## ORDER

This case is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. No. 2) filed September 21, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 23, 2009 (Doc. No. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. No. 2) is **DENIED**.

3. Plaintiff shall pay the filing fee within eleven (11) days from the date of this Order; failure to do so will result in this action being dismissed.

DONE and ORDERED in Chambers, Orlando, Florida this __16__ day of November, 2009.

                                         _____
                                         JOHN ANTOON II
                                         United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party